IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PEAK COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-23-CV-0328-FB |
| | ) | |
| BILLING CONCEPTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Confirming Arbitration Award signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's Application to Confirm Arbitration Award (Application [docket no. 1]) is GRANTED such that the Final Arbitration Award (Supplement [docket no. 2-4] at Exhibit D) is hereby CONFIRMED and incorporated by reference.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 8th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE